IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
{DIVISION} DIVISION
Case No. {NUMBER}

| | |
|---|---|
| THOMAS HEYER </br> and ROBERT BOYD, </br> Plaintiffs, </br></br> v. </br></br> UNITED STATES BUREAU OF PRISONS, </br></br> THOMAS R. KANE, in his official capacity as Acting Director of the United States Bureau of Prisons; </br></br> IKE EICHENLAUB, in his official capacity as Regional Director of the United States Bureau of Prisons Mid-Atlantic Region; </br></br> and </br></br> SARA M. REVELL, Warden, FCC Butner, and TRACY W. JOHNS, Warden, FCI Butner Medium, </br></br> Defendants. | Civil Action No. 5:11-cv-318 </br></br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that per Rule 83.1(e), Philip Fornaci enters his appearance for plaintiffs as an attorney not admitted in this district. He is practicing in association with the undersigned member of the bar of this court, Neil Riemann.

Mr. Fornaci is a member in good standing of the bar(s) of the Court of Appeals of Maryland. He neither resides in North Carolina nor is regularly engaged in the practice of law here.

Date: June 21, 2011

Respectfully submitted,

WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL
RIGHTS & URBAN AFFAIRS
/s/ Philip Fornaci
Washington Lawyers' Committee
for Civil Rights & Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036
T: 202-319-1000
F: 202-319-1010
philip_fornaci@washlaw.org


PENRY RIEMANN PLLC

/s/ Neil A. Riemann
NC Bar No. 19258)
510 Glenwood Ave., Suite 319
Raleigh, NC 27603
(919) 833-9449 (telephone)
(919) 833-9448 (facsimile)
neil.riemann@penryriemann.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that today I caused true and correct copies of the foregoing paper to be served by U.S. mail, postage prepaid to:

Office of the United States Attorney
Attn: Civil Process Clerk
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461

U.S. Department of Justice
Attn: Eric Holder, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

Federal Bureau of Prisons
Attn: Thomas Kane, Acting Director
320 First St., NW
Washington, DC 20534

Mid Atlantic Regional Office
Attn: Ike Eichenlaub, Regional Director
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

Butner Medium I FCI
Attn: Tracy Johns, Warden
P.O. 1000
Butner, NC 27509

Butner Medium I FCI
Attn: Sara Revell, Warden
P.O. 1000
Butner, NC 27509

Date: June 21, 2011                     /s/ Philip Fornaci