UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THOMAS HEYER and ROBERT BOYD, Plaintiffs, v. UNITED STATES BUREAU OF PRISONS *et al.*, | Civil Action No. 5:11-CT-3118-D |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT II OF THE FIRST AMENDED COMPLAINT

Plaintiffs Thomas Heyer and Robert Boyd ("Plaintiffs") hereby move for summary judgment under Fed. R. Civ. P. 56(a) as to Count II of the First Amended Complaint ("FAC") for Violation of the Constitution of the United States—Due Process Against All Defendants (Fifth Amendment—Deprivation of Liberty In Civil Commitment). Because there are no genuine disputes as to any material facts in connection with Count II, and Plaintiffs are entitled to judgment as a matter of law, the Court should enter summary judgment on Count II in favor of Plaintiffs. A memorandum in support of this motion is being filed contemporaneously herewith.

1

Dated: July 19, 2012                                Respectfully Submitted,


/s/ Neil A. Riemann                                 /s/ Ian S. Hoffman
Neil A. Riemann (NC Bar No. 19258)                  Ian S. Hoffman
PENRY RIEMANN PLLC                                  Carolyn A. Pearce
1330 Saint Mary's Street, Suite 260                 David B. Bergman
Raleigh, NC 27605                                   ARNOLD & PORTER LLP
(919) 833-9449 (telephone)                          555 Twelfth Street, N.W.
(919) 833-9448 (facsimile)                          Washington, DC 20004
neil.riemann@penryriemann.com                       T: 202-942-5000
                                                    F: 202-942-5999
Philip Fornaci                                      ian.hoffman@aporter.com
E. Elaine Gardner                                   carolyn.pearce@aporter.com
Deborah Golden                                      david.bergman@aporter.com
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036
T: 202-319-1000
F: 202-319-1010
philip_fornaci@washlaw.org
elaine_gardner@washlaw.org                          *Counsel for Plaintiffs Thomas Heyer and*
deborah_golden@washlaw.org                          *Robert Boyd*

**CERTIFICATE OF SERVICE**

      I hereby certify that today, July 19, 2012, I electronically filed the foregoing using the Court's CM/ECF system, which caused true and correct copy of the foregoing to be served on all counsel of record.

Date: July 19, 2012                                                                                  /s/ Ian S. Hoffman