# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS HEYER )
and ROBERT BOYD, )
               Plaintiffs, )
)
     v. ) Civil Action No. 5:11-CT-3118-D
)
UNITED STATES BUREAU OF PRISONS *et al.*, )
)
               Defendants. )

## **ORDER**

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiffs' First Set of Requests for Production of Documents (Doc. # 55). Having considered the motion and Plaintiffs' Response thereto (Doc. # 57), it is hereby

ORDERED that Defendants' Motion is GRANTED, and Defendants shall serve their response to Plaintiffs' First Set of Requests for Production of Documents on or before July 10, 2013. It is further

ORDERED that the Scheduling Order (Doc. # 54) be amended as follows:

1

| Matter | Current Date (Doc. # 54) | New Date |
|---|---|---|
| Fact Discovery Completed | September 27, 2013 | November 12, 2013 |
| Reports of Plaintiffs' Retained Experts Due | October 11, 2013 | November 25, 2013 |
| Reports of Defendants' Retained Experts Due | November 12, 2013 | December 27, 2013 |
| Expert Discovery Completed | November 22, 2013 | January 6, 2013 |
| Dispositive Motions Due | December 20, 2013 | February 3, 2014 |
| Pretrial Disclosures under FRCP 26(a)(3) | February 4, 2014 (or 28 days before pretrial conference) | March 21, 2014 (or 28 days before pretrial conference) |
| Objections under FRCP 26(a)(3) | February 11, 2014 (or 21 days before pretrial conference) | March 28, 2014 (or 21 days before pretrial conference) |
| Pretrial Order submitted to Court | February 25, 2014 (or 7 days before pretrial conference) | April 11, 2014 (or 7 days before pretrial conference) |
| Final Pretrial Conference | (to be set by Court) | (to be set by Court) |
| Trial Date | (to be set by Court) | (to be set by Court) |

Date: _____, 2013

_____
United States District Judge