FILED: March 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 19-7027
(5:11-ct-03118-D)

---

THOMAS HEYER

Plaintiff - Appellant

and

ROBERT PAUL BOYD

Plaintiff

v.

UNITED STATES BUREAU OF PRISONS; THOMAS R. KANE, in his official capacity as Acting Director of the United States Bureau of Prisons; IKE EICHENLAUB, in his official capacity as Regional Director of the United States Bureau of Prisons Mid-Atlantic Region; WARDEN SARA M. REVELL; WARDEN TRACY W. JOHNS; ROBERT M. WILKINSON

Defendants - Appellees

------------------------------

STUART GRASSIAN, M.D.; CRAIG HANEY, Ph.D., J.D.; TERRY A. KUPERS, M.D., M.S.P.; PABLO STEWART, M.D.; BRIE WILLIAMS, M.D., M.S.; NATIONAL ASSOCIATION OF THE DEAF

Amici Supporting Appellant

# M A N D A T E

The judgment of this court, entered January 13, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*