IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CT-3118-D

| | |
|---|---|
| THOMAS HEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES BUREAU OF ) | |
| PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff moves for $75,000 in attorneys' fees and costs incurred in connection with the litigation of his constitutional claim in this court [D.E. 235] and filed a memorandum in support [D.E. 236]. Defendant United States Bureau of Prisons does not oppose the motion. See [D.E. 235]; cf. [D.E. 181-1] ¶ 10. The court has reviewed the motion under the governing standard. See 28 U.S.C. § 2412; Pierce v. Underwood, 487 U.S. 552, 556–57, 562–63 (1988); United States v. Cox, 575 F.3d 352, 358–59 (4th Cir. 2009); Reich v. Walker W. King Plumbing & Heating Contractor, Inc., 98 F.3d 147, 150–51 (4th Cir. 1996); Roanoke River Basin Ass'n v. Hudson, 991 F.2d 132, 137 (4th Cir. 1993). The court GRANTS plaintiff's motion [D.E. 235]. Defendant United States Bureau of Prisons must pay the plaintiff's attorneys' fees and costs in the amount of $75,000.

SO ORDERED. This 25 day of April, 2022.

JAMES C. DEVER III
United States District Judge